TR. CT. NO. 64792-A
WR-82,463-01
82,463-01

02-02-2015

Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station,
Austin Texas 78711

I am writing the Court of Appeals to find out the status of my application for 11.07 writ of Habeas Corpus that was received by the court on or about 11/19/2014 for Ineffective Counsel. And also to give a new Address Change.

New Address T.D.C.J:
Christopher C. King Sr #1945839 A3-23
ETTC - MTC
P.O. Box 8000
Henderson TX, 76543

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

New Address Home:
Christopher C. King Sr.
400 Timbercreek Drive #104
Richwood TX 77531

There was no proper investigation done by counsel asking for new trial.

I pray that the facts I submitted were investigated and the results of this investigation will lead to a new trial.

FACTS

1. USING VIN # LOOK AT HOW VEHICLE WAS EQUIPED WITH DAYTIME running lights AND AUTOMATIC Night time lights

2. Check all DISPATCH RECORDS AND VIDEOS FROM SHERIFFS ; DPS DEPARTMENT TO GET A TRUE TIMELINE OF WHEN I WAS STOPPED.

3. THE REDUCTION in my Counslers FEE To 200.00 DOLLARS BECAUSE SHE FELT THATS THE AMOUNT OF WORK SHE PUT in.

4. ETC:

Thank You For Your Time

Christopher C Kirk